

```
JPP
3:04-CV-1200 PROMETHEUS LAB INC V. MAYO COLLABORATIVE
*257*
*JOIN*
```

| | |
|---|---|
| 1 | Juanita R. Brooks (SBN 75934) |
|   | Jennifer K. Bush (SBN 216986) |
| 2 | Michael A. Amon (SBN 226221) |
|   | FISH & RICHARDSON P.C. |
| 3 | 12390 El Camino Real |
|   | San Diego, California 92130 |
| 4 | Telephone: (858) 678-5070 |
|   | Facsimile: (858) 678-5099 |
| 5 | |
|   | Jonathan E. Singer (SBN 187908) |
| 6 | FISH & RICHARDSON P.C., P.A. |
|   | 3300 Dain Rauscher Plaza |
| 7 | 60 South Sixth Street |
|   | Minneapolis, MN 55402 |
| 8 | Telephone: (612) 335-5070 |
|   | Facsimile: (612) 288-9696 |
| 9 | |
|   | Attorneys for Defendants and Counter-Plaintiff |
| 10 | MAYO COLLABORATIVE SERVICES |
|   | dba MAYO MEDICAL LABORATORIES |
| 11 | and MAYO CLINIC ROCHESTER |

**FILED**
2006 FEB 22 PM 1:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

**NUNC PRO TUNC**
FEB 21 2006

**VIA FAX**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMETHEUS LABORATORIES, INC., | Case No. 04-CV-1200 JAH (RBB) |
| Plaintiff, | |
| v. | **DEFENDANT MAYO COLLABORATIVE SERVICES' JOINDER IN MAYO CLINIC ROCHESTER'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, TO TRANSFER AS TO TRANSFER ONLY** |
| MAYO COLLABORATIVE SERVICES dba MAYO MEDICAL LABORATORIES, and MAYO CLINIC ROCHESTER | |
| Defendants. | Judge: Hon. John A. Houston |
| MAYO COLLABORATIVE SERVICES dba MAYO MEDICAL LABORATORIES | Crtrm: 11 |
| Counter-Claimant, | Date: April 13, 2006 |
| v. | Time: 3:00 p.m. |
| PROMETHEUS LABORATORIES, INC., | |
| Counter-Defendant. | |

Case No. 04-CV-1200 JAH (RBB)

257

1       Defendant Mayo Collaborative Services, Inc., dba Mayo Medical Laboratories ("MML") files this Joinder to Mayo Clinic Rochester's ("Mayo Rochester") Motion to Transfer this case to the District of Minnesota. MML joins Mayo Rochester's motion to the extent that it seeks to transfer this entire action to the United States District Court for the District of Minnesota.

      MML incorporates all arguments advanced by Mayo Rochester in its Points and Authorities in support of its motion to transfer as if fully set forth herein. MML further incorporates all declarations and exhibits filed by Mayo Rochester in support of its motion to transfer as if fully set forth herein. For those reasons, MML joins with Mayo Rochester, and moves this Court to transfer this entire case to the United States District Court for the District of Minnesota.

Dated: February 21, 2006

FISH & RICHARDSON P.C.

By: _____
Juanita Brooks (SBN 75934)
Jonathan E. Singer (SBN 187908)
Jennifer K. Bush (SBN 216986)
Michael A. Amon (SBN 226221)

Attorneys for Defendants and Counter-Plaintiff
MAYO COLLABORATIVE SERVICES dba
MAYO MEDICAL LABORATORIES and
MAYO CLINIC ROCHESTER

10596870.doc

**PROOF OF SERVICE**

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On February 21, 2006, I caused a copy of the following document(s):

**DEFENDANT MAYO COLLABORATIVE SERVICES' JOINDER IN MAY CLINIC ROCHESTER'S MOTION TO DISMISS, AND IN THE ALTERNATIVE, TO TRANSFER AS TO TRANSFER ONLY**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| F. T. Alexandra Mahaney | Plaintiff |
| Natalie J. Morgan | Prometheus Laboratories, Inc. |
| WILSON SONSINI GOODRICH & ROSATI | |
| 12235 El Camino Real, Suite 200 | |
| San Diego, CA 92130 | |
| Telephone: 858-350-2300 | |
| Facsimile: 858-350-2399 | |

[XX] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

[XX] **FACSIMILE:** Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[ ] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

[ ] **EXPRESS MAIL:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service.

[ ] **OVERNIGHT DELIVERY:** Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on February 21, 2006, at San Diego, California.

*Catherine M. Campbell* (signature)
Catherine M. Campbell

10597051.doc