FILED
2007 MAR 15  AM 9:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMETHEUS LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAYO COLLABORATIVE SERVICES dba MAYO MEDICAL LABORATORIES and MAYO CLINIC ROCHESTER <br><br> Defendants. | Case No. 04 CV 1200 JAH (RBB) <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO FILE EXHIBITS R, U AND X TO THE DECLARATION OF THOMAS S. MCCLENAHAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY UNDER 35 U.S.C. § 101 UNDER SEAL |
| MAYO COLLABORATIVE SERVICES dba MAYO MEDICAL LABORATORIES and MAYO CLINIC ROCHESTER <br><br> Counter-Claimants, <br><br> v. <br><br> PROMETHEUS LABORATORIES, INC., <br><br> Counter-Defendant. | DATE:   March 29, 2007 <br> TIME:   3:00 p.m. <br> JUDGE:  Honorable John A. Houston <br> CTRM:   11 |

04 CV 1200 JAH (RBB)

The Court **HEREBY GRANTS** Defendants Mayo Collaborative Services dba Mayo Medical Laboratories and Mayo Clinic Rochester's *ex parte* request to file documents under seal, and the Clerk of the Court is hereby directed to file under seal Exhibits R, U and X to the Declaration of Thomas S. McClenahan in Support of Defendants' Reply in Support of Their Motion for Summary Judgment of Patent Invalidity Under 35 U.S.C. § 101.

**IT IS SO ORDERED.**

Dated: 3-12-07

Hon. John Houston
United States District Judge

04 CV 1200 JAH (RBB