FILED

2007 AUG 24  AM 8: 37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____CP_____DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMETHEUS LABORATORIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAYO COLLABORATIVE SERVICES dba MAYO MEDICAL LABORATORIES, and MAYO CLINIC ROCHESTER<br><br>Defendants.<br><hr>MAYO COLLABORATIVE SERVICES dba MAYO MEDICAL LABORATORIES and MAYO CLINIC ROCHESTER<br><br>Counter-Claimants,<br><br>v.<br><br>PROMETHEUS LABORATORIES, INC.,<br><br>Counter-Defendant. | Case No. 04-CV-1200 JAH (RBB)<br><br>**NOTICE OF WITHDRAWAL OF MOTION AND STIPULATION AND** ~~[PROPOSED]~~ **ORDER REGARDING PROMETHEUS' MOTION TO COMPEL 30(B)(6) TESTIMONY**<br><br>DATE:    N/A<br>TIME:    N/A<br>CTRM:   B<br>JUDGE:  Honorable Ruben B. Brooks |

1

Case No. 04-CV-1200 JAH (RBB)

Prometheus Laboratories, Inc. ("Prometheus"), Mayo Collaborative Services dba Mayo Medical Laboratories ("MML") and Mayo Clinic Rochester ("MCR") (collectively "Defendants"), by and through its counsel, hereby stipulate and agree to the following:

WHEREAS, Prometheus filed a motion, entitled "PROMETHEUS LABORATORIES INC.'S MOTION TO COMPEL SUFFICIENT 30(B)(6) TESTIMONY FROM DEFENDANTS AND FOR SANCTIONS" on October 4, 2006 (hereafter "Motion to Compel"); and

WHEREAS, the Court's November 7, 2006 Order, (Doc. No. 468), resolves some of the issues raised by that motion; and

WHEREAS, the parties have informally resolved all of the remaining issues raised by that motion;

The parties hereby agree to following:

1. Consistent with the Court's November 7, 2006 Order, in regard to topics 10(6)-10(9) to MCR, Defendants will survey the individuals identified in that Order. To the extent Defendants have not already gathered information from them, Defendants will also survey the following individuals: Dr. O'Brien; Chuck Kroll; Mark Magera; Paul Chezick; Dawn Moen; Rochelle Johnson; Barbara Payne; David Herbert; Deb Novak; Andrew Danielsen; Jim Rogers; Dr. el-Azhary; Dr. Sandborn; Dr. Hernandez; Dr. Hanson; Dr. Weinshilboum; Dr. Matern; Ms. Kurth; and everyone who signed the "Test Packet Cover Sheet Signature Form". In addition to the subjects set forth in Topics 10(6)-10(9) to MCR, Defendants will also ask this group whether they were aware of the "patented and proprietary" statement on Defendants' "Laboratory Service Reports" or the documents Defendants refer to as "LAB3 Reports," and whether they were aware of any patents to Drs. Seidman or Theoret. Prometheus agrees that the individuals identified in this paragraph are the only individuals Defendants must interview regarding Topics 10(6)-10(9) to MCR;

2. With respect to the question of whether anyone at MML or MCR had discussed whether Defendants had the right to sell its proposed test, Defendants will conduct

2

Case No. 04-CV-1200 JAH (RBB)

a further investigation, and produce a witness who has prepared to testify based on that further investigation;

3. With respect to whether Defendants had conducted any analysis into what acceptable terms would be for licensing the patents-in-suit, Defendants will conduct a further investigation, and produce a witness who is prepared to testify based on that further investigation;

4. Defendants will withdraw their instructions not to answer Prometheus' questions regarding the patent search conducted in June 2004, and permit a witness to answer the questions Mr. Rogers was instructed not to answer in this regard, and answer reasonable follow-up questions;

5. Defendants will produce any documents that refreshed Mr. Rogers' recollection about matters as to which he testified, and answer reasonable follow-up questions regarding those documents;

6. Defendants will prepare and produce a 30(b)(6) witness to testify as to Defendants' "Laboratory Service Reports" and/or "LAB3 Documents" including the source of these documents, who received these documents, when and how these documents were created, how many of these documents exist, where these documents are stored, and why these documents were created;

7. Defendants will prepare and produce a 30(b)(6) witness to testify as to why Mr. Danielsen conducted the patent search in the manner he did; and

8. Defendants will produce any documents in their custody, possession or control that relate to the June 2004 patent search conducted by Mr. Danielsen (excluding any documents created by outside trial counsel in connection with this litigation); and

9. Based on the foregoing agreement, Prometheus will withdraw its Motion to Compel.

Dated: 11/27, 2006

Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI

By: *Aubrey A. Haddach*
Aubrey A. Haddach
Attorney for Plaintiff and Counter-defendant,
PROMETHEUS LABORATORIES, INC.

Dated: 11/27, 2006

FISH & RICHARDSON P.C.

By: *Jennifer K. Bush*
Jennifer K. Bush
Attorney for Defendants MAYO MEDICAL LABS
and MAYO CLINIC ROCHESTER

## ORDER

It is hereby ORDERED that the parties comply with the terms set for in paragraphs 1-9 in the above stipulation; Prometheus' Motion to Compel is withdrawn; and the hearing set for December 11, 2006 is VACATED.

IT IS SO ORDERED.

Dated: 8/22/2006

*Ruben B. Brooks*
Ruben B. Brooks
United States Magistrate Judge

rogers stip.doc

## PROOF OF SERVICE

I am employed in the County of San Diego. My business address is Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On November 27, 2006, I caused a copy of the following document(s):

**Notice of Withdrawal of Motion and Stipulation and [Proposed] Order Regarding Prometheus' Motion to Compel 30(b)(6) Testimony**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| F. T. Alexandra Mahaney<br>Natalie J. Morgan<br>WILSON SONSINI GOODRICH & ROSATI<br>12235 El Camino Real, Suite 200<br>San Diego, CA  92130<br>Telephone:  858-350-2300<br>Facsimile:  858-350-2399 | Plaintiff<br>Prometheus Laboratories, Inc. |

[X]  **BY CM/ECF:**     I caused such document(s) to be sent via electronic mail through the Case Management/Electronic Case File System with the U.S. District Court for the Southern District of California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on November 27, 2006, at San Diego, California.

*Catherine M. Campbell*
Catherine M. Campbell

10470042.doc

2