MINUTES OF THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Case Name:     **Prometheus Labs v. Mayo Collaborative**          Case Number:     **04cv1200-CAB-RBB**

Hon. Cathy Ann Bencivengo          Ct. Deputy Lori Hernandez          Rptr. Tape:

Upon receipt of the Joint Notice of Supreme Court Decision [Doc. No. 622], the stay of litigation is vacated and the case is terminated.  The clerk of the court shall terminate the case.

Date:     April 13, 2012

Initials: AET